IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, and ENDO PAR INNOVATION COMPANY, LLC<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA U.S.A., INC. and AUROBINDO PHARMA LIMITED<br><br>Defendants. | C.A. No. 20-cv-18334-BRM-DEA |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, the Plaintiffs and Defendants hereby stipulate and agree that the above action, including all claims, counterclaims, and affirmative defenses, are dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

SO STIPULATED:

| | |
|---|---|
| /s/ Timothy H. Kratz | /s/ Robert D. Rhoad |
| Timothy H. Kratz | Robert D. Rhoad |
| George J. Barry III | Dechert LLP |
| Kratz & Barry LLP | 502 Carnegie Center, Suite #104 |
| 1050 Crown Pointe Pkwy | Princeton, NJ 08540 |
| Suite 550 | Tel: 609-955-3200 |
| Atlanta GA 30338 | robert.rhoad@dechert.com |
| Tel: 404-341-6600 | |
| tkratz@kratzandbarry.com | *Attorneys for Plaintiffs* |
| | *Par Pharmaceutical Inc.* |
| *Attorneys for Defendants* | *Par Sterile Products, LLC* |
| *Aurobindo Pharma USA Inc., and* | *Endo Par Innovation Company, LLC* |
| *Aurobindo Pharma Ltd.* | |

SO ORDERED this 28th day of January 2021

_____

Hon. Brian R. Martinotti, United States District Judge